# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LAND, CLAY D. | GEORGIA - MIDDLE DISTRICT | 06/25/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

P.O. BOX 2017
COLUMBUS, GA
31902

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 06/25/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | BUCHANAN LAW FIRM, PC (ATTORNEY) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 06/25/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SYNOVUS (MONEY MARKET) | A | Interest | J | T | | | | | |
| 2. SYNOVUS (CD'S) | C | Interest | M | T | Matured (part) | 11/11/19 | M | | |
| 3. | | | | | Buy (add'l) | 08/13/19 | M | | |
| 4. MB FINL BANK CD CHICAGO IL (CD'S) | C | Interest | | | Matured | 08/07/19 | M | | |
| 5. BANK OF BARODA NEW YORK NY (CD'S) | C | Interest | | | Matured | 12/12/19 | L | | |
| 6. JPMORGAN CHASE BANK COLUMBUS OH (CD'S) | B | Interest | M | T | Buy (add'l) | 07/05/19 | L | | |
| 7. | | | | | Matured (part) | 12/28/19 | L | | |
| 8. BANK OF CHINA NEW NEW YORK NY (CD'S) | B | Interest | M | T | Buy (add'l) | 12/09/19 | L | | |
| 9. | | | | | Matured (part) | 12/28/19 | L | | |
| 10. MUFG UN BK N A SAN FRAN CALIF (CD'S) | C | Interest | | | Matured | 10/16/19 | L | | |
| 11. COMENITY BANK JUMBO (CD'S) | B | Interest | N | T | Buy | 07/08/19 | L | | |
| 12. | | | | | Buy (add'l) | 08/07/19 | M | | |
| 13. STATE BANK IND NEW YORK CITY BY FID (CD'S) | A | Interest | M | T | Buy | 10/15/19 | L | | |
| 14. MORGAN STANLEY (MONEY MARKETS) | A | Interest | N | T | | | | | |
| 15. RAYMOND JAMES (MONEY MARKET) | A | Interest | J | T | | | | | |
| 16. RENTAL PROPERTY, COLUMBUS, GA (2001 $121,000) | A | Rent | M | R | | | | | |
| 17. Aberdeen Japan Equity Fund Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. American Funds Europacific Growth A (formerly Am. Fund Euro. Growth C) | B | Dividend | K | T | | | | | |
| 19. American Funds Europacific Growth C | A | Dividend | J | T | | | | | |
| 20. American Funds Europacific Growth F2 | A | Dividend | J | T | | | | | |
| 21. Artisan International Fund Advisor Class N/L | A | Dividend | J | T | Sold (part) | 11/19/19 | J | A | |
| 22. AT&T Inc | A | Dividend | J | T | | | | | |
| 23. Baird Aggregate Bond Fund Instl Class N/L | A | Dividend | K | T | Sold (part) | 11/19/19 | J | A | |
| 24. Champlain Mid Cap Fund Advisor Class N/L | A | Dividend | J | T | | | | | |
| 25. Charter Communications Inc | | None | J | T | | | | | |
| 26. Cisco Systems | A | Dividend | J | T | | | | | |
| 27. Clearbridge Dividend Strategy Fund Class I N/L | A | Dividend | J | T | Sold (part) | 11/19/19 | J | A | |
| 28. Coca-Cola Inc | B | Dividend | L | T | | | | | |
| 29. Comcast Corp Class A | A | Dividend | K | T | | | | | |
| 30. Diamond Hill Long-Short Fund A (formerly Diamon Hill Long-Short Fd C) | B | Dividend | K | T | | | | | |
| 31. Dodge & Cox Income Fund N/L | A | Dividend | K | T | | | | | |
| 32. Federated Short Term Income Fd Institutional Shares IS N/L | A | Dividend | J | T | | | | | |
| 33. Freeport Mcmoran CP&GLD | A | Dividend | J | T | | | | | |
| 34. Goldman Sachs Mid Cap Value Fund Class A (fomerly Gold. Sachs Fd Cl C) | B | Dividend | L | T | | | | | |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intel Inc | B | Dividend | K | T | | | | | |
| 36. Ishares MSCI Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 37. IShares Select Dividend ETF | B | Dividend | K | T | | | | | |
| 38. Invesco QQQ Trust, Series 1 (QQQ) | B | Dividend | M | T | | | | | |
| 39. John Hancock Disciplined Value Fund Class I | A | Dividend | J | T | | | | | |
| 40. JP Morgan High Yield Fund Class I N/L | | None | | | Sold | 11/19/19 | J | | |
| 41. JP Morgan US Large-Cap Core Plus Select | | None | | | Sold | 08/13/19 | J | | |
| 42. Loomis Sayles Growth Fund Class Y N/L | A | Dividend | J | T | | | | | |
| 43. Metropolitan West Total Return Bond Fund Class I N/L | A | Dividend | K | T | | | | | |
| 44. MFS Research Fund Class A | A | Dividend | J | T | | | | | |
| 45. Microsoft Inc | A | Dividend | L | T | | | | | |
| 46. NRG Energy Inc | A | Dividend | J | T | | | | | |
| 47. PIMCO Total Return Fund Class P N/L | A | Dividend | J | T | | | | | |
| 48. PIMCO Low Duration Funds Class I2 N/L | A | Dividend | J | T | Buy | 11/30/19 | J | | |
| 49. PGIM Absolute Return Bond Fund Class Z N/L | A | Dividend | J | T | | | | | |
| 50. Royce Pennsylvania Consult (Formerly Royce SM MD CP PRM Consult) | B | Dividend | L | T | | | | | |
| 51. Royce Total Return Fund Consultant | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 06/25/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SEI US Managed Volatility Fund Class Y N/L | A | Dividend | J | T | Buy | 11/30/19 | J | | |
| 53. Southern Co | D | Dividend | M | T | | | | | |
| 54. SPDR S&P 500 ETF Trust | D | Dividend | O | T | | | | | |
| 55. Truist Finl Corp (formerly Suntrust Banks Inc.) | B | Dividend | L | T | | | | | |
| 56. T. Rowe Price US Equity Research FD Investor CLS N/L | A | Dividend | J | T | Buy | 11/30/19 | J | | |
| 57. T. Rowe Price Small Cap Value Fund Advisor Class N/L | A | Dividend | J | T | | | | | |
| 58. Transamerica High Yield Bond Fund Class I N/L | A | Dividend | J | T | Buy | 11/30/19 | J | | |
| 59. Walt Disney Co Inc | A | Dividend | J | T | | | | | |
| 60. Wells Fargo International Value Fund Class I N/L | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 06/25/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listing of cash equivalents and stocks in the Investments/Trusts section.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ CLAY D. LAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544